UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

------------------------------------------------------------------------x

Alexander Snyder,

                                Plaintiff,

-v.-

Equifax Information Services, LLC;
TransUnion, LLC;
Experian Information Solutions, Inc.; and
Verizon Wireless Services, LLC;

                                Defendants.

Civil Action No:
3:24-cv-1204-HES-LLL

------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL AS TO TRANSUNION, LLC ONLY**

    IT IS HERBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant, TransUnion, LLC, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person nota party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED, this 22nd day of April 2025

| */s/ Bryan Sherman* | */s/ Jennifer Nairn* |
|---|---|
| Bryan Sherman, Esq. | Jennifer Nairn |
| **SHERMAN LAW FIRM, P.A.** | Buchanan Ingersoll & Rooney, PC |
| *Truist Financial Plaza* | Truist Place |
| *501 E. Las Olas Blvd, Suite 300* | 401 E. Jackson Street Suite 2400 |
| *Fort Lauderdale, FL 33301* | Tampa, FL 33602 |
| Phone: (305) 992-8815 | Phone: (813) 222-3325 |
| Bryan@shermanlegal.net | Jennifer.Nairn@bipc.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Transunion, LLC* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 28, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              */s/ Bryan Sherman*
              Bryan Sherman, Esq.