UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

----------------------------------------------------------------------------x

Alexander Snyder

                              Plaintiff,

    -v.-

Equifax Information Services, LLC;
TransUnion, LLC;
Experian Information Solutions, Inc.; and
Verizon Wireless Services, LLC;

                              Defendants.

Civil Action No:
3:24-cv-1204-HES-LLL

----------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO VERIZON WIRELESS SERVICES, LLC ONLY**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Verizon Wireless Services, LLC, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 23, 2025

Respectfully Submitted,

/s/ *Bryan Sherman*
Bryan Sherman, Esq.
SHERMAN LAW FIRM, P.A.
Truist Financial Plaza
501 E. Las Olas Blvd, Suite 300
Fort Lauderdale, FL 33301
Phone: (305) 992-8815
Bryan@shermanlegal.net
*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of April 2025                Respectfully Submitted,

                                                */s/ Bryan Sherman*
                                                Bryan Sherman, Esq.