# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Jacksonville Division

---------------------------------------------------------------------------x

Alexander Snyder,

                     Plaintiff,

   -v.-

Equifax Information Services, LLC;
TransUnion, LLC;
Experian Information Solutions, Inc.; and
Verizon Wireless Services, LLC;

                     Defendants.

Civil Action No:
3:24-cv-1204-HES-LLL

---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Notice is hereby given that the Plaintiff and the Defendant, Equifax Information Services, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next thirty (30) days. The parties request that the Court retain jurisdiction for these parties during said thirty (30) day period.

DATED, this 24th day of June 2025

                                              */s/ Bryan Sherman*
                                              Bryan Sherman, Esq.
                                              **SHERMAN LAW FIRM, P.A.**
                                              *Truist Financial Plaza*
                                              *501 E. Las Olas Blvd, Suite 300*
                                              *Fort Lauderdale, FL 33301*
                                              Phone: (305) 992-8815
                                              Bryan@shermanlegal.net
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 24, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           */s/ Bryan Sherman*
           Bryan Sherman, Esq.