UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEXANDER SNYDER,

    Plaintiff,

v.                                   CASE NO. 3:24-cv-1204-HES-LLL

EQUIFAX INFORMATION SERVICES,
LLC; TRANSUNION, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
AND VERIZON WIRELESS SERVICES, LLC,

    Defendants.
_____/

## O R D E R

This matter is before this Court on a "Notice of Settlement as to Equifax Information Services, LLC" (Dkt. 27) and a Response to Order to Show Cause (Dkt. 28). These pleadings explain Plaintiff and the Defendant, Equifax Information Services, LLC, have settled this matter, and they anticipate completing settlement documents and filing a dismissal within the next thirty days.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice,

a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings;

    2. This Court's Order to Show Cause (Dkt. 26) is **DISCHARGED**; and

    3. The Clerk will terminate all pending motions and close this file.

    **DONE AND ORDERED** at Jacksonville, Florida, this 25th day of June 2025.

    HARVEY E. SCHLESINGER
    UNITED STATES DISTRICT JUDGE

Copies to:
Bryan Sherman, Esq.
Jason Daniel Joffe, Esq.
Jennifer Nairn, Esq.